

1

2

3

4

5

6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8    UNITED STATES OF AMERICA,                )    Case No.: 2:14-CR-399-KJD-(GWF)
                                             )
9                    Plaintiff,              )
                                             )
10         v.                                )    Preliminary Order of Forfeiture
                                             )
11   LEE PANELLI,                            )
                                             )
12                   Defendant.              )

13         This Court finds that defendant LEE PANELLI pled guilty to Count One of a Thirty-

14   Eight-Count Indictment charging him with Conspiracy to Commit Wire Fraud in violation of

15   Title 18, United States Code, Sections 1343 and 1349. Indictment, ECF No. 1; Plea Agreement,

16   ECF No. 272; Change of Plea, ECF No. 280

17         This Court finds defendant LEE PANELLI agreed to the imposition of the in personam

18   criminal forfeiture money judgment of $340,550.92 set forth in the Plea Agreement, not to be

19   held jointly and severally liable with any codefendants. Indictment, ECF No. 1; Plea Agreement,

20   ECF No. 272; Change of Plea, ECF No.280.

21         The in personam criminal forfeiture money judgment is (1) any property, real or personal,

22   which constitutes or is derived from proceeds traceable to violations of Title 18, United States

23   Code, Section 1343, or Title 18, United States Code, Section 1349, conspiracy to commit such

24   offense and (2) is any real or personal property constituting, derived from, or traceable to the

25   gross proceeds obtained directly or indirectly as a result of violations of Title 18, United States

26   Code, Section 1343, or of Title 18, United States Code, Section 1349, conspiracy to commit such

1   offense,  and is subject to forfeiture pursuant to Title 18, United States Code, Section

2   981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code,

3   Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

4        This Court finds that LEE PANELLI shall pay an in personam criminal forfeiture money

5   judgment of $340,550.92 to the United States of America, pursuant to Fed. R. Crim. P.

6   32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United

7   States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21,

8   United States Code, Section 853(p).

9        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

10  United States recover from LEE PANELLI an in personam criminal forfeiture money judgment

11  of $340,550.92.

12       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

13  of this Order to all counsel of record and three certified copies to the United States Attorney's

14  Office, Attention Asset Forfeiture Unit.

15       DATED this 13 day of ~~June,~~ Sept 2016.

16

17

18  _____
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

2