# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>LEE PANELLI,<br><br>　　Defendant. | Case No.: 2:14-CR-0399-KJD-PAL |

## ORDER ON DEFENDANT'S EMERGENCY MOTION TO CONTINUE BOP SURRENDER DATE

**IT IS HEREBY ORDERED** that Defendant Panelli's Emergency Motion to Continue BOP Surrender Date is granted.

**IT IS HEREBY ORDERED** that Defendant Panelli surrender to BOP on **March 1, 2017 at noon.**

**DATED** this 13th day of January 2017.

_____
Kent J. Dawson
United States District Judge